JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

ANDRES FELIPE CUBILLOS VARELA,
Petitioner,
v.
WARDEN ADELANTO ICE PROCESSING CENTER, et al.,
Respondents.

Case No. 5:26-cv-03921-MRA-KES

**JUDGMENT**

Pursuant to the Court's Order Accepting Report and Recommendation of U.S. Magistrate Judge, IT IS ADJUDGED that the Petition is denied.

DATED: September 30, 2026

MONICA RAMIREZ ALMADANI
UNITED STATES DISTRICT JUDGE